UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE KRUPPE CORPORATION,
a California corporation
doing business as ON THE
BEACH; and TIMOTHY KRUPPE,
an individual,

        NO. CIV. S-08-272 LKK/JFM

    Plaintiffs,

  v.

        O R D E R

SAN JOAQUIN COUNTY,
and DOES 1 through 25,
inclusive,

    Defendants.

_____/

    Due to court congestion, the hearing on the motion for summary judgment is continued from April 7, 2008 to April 21, 2008. The briefing deadlines shall remain unchanged.

    IT IS SO ORDERED.

    DATED: March 28, 2008

                /s/ Lawrence K. Karlton
                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT

1