UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KRUPPE CORPORATION,<br>a California corporation<br>doing business as ON THE<br>BEACH; and TIMOTHY KRUPPE,<br>an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAN JOAQUIN COUNTY, a<br>political subdivision of<br>the State of California,<br>and DOES 1 through 25,<br>inclusive,<br><br>          Defendants.<br>_____/ | NO. CIV. S-08-272 LKK/JFM<br><br><br><br>O R D E R |

A status conference was held in chambers on April 14, 2008. After hearing, the court orders as follows:

The court will not set a further status conference at this time.  Plaintiff shall proceed on May 15, 2008 as he deems appropriate.  Plaintiff is granted permission to supplement the complaint.  The motion for summary judgment, currently set for April 21, 2008, is DENIED as moot.

1

1    Plaintiff shall notify the court if he would like the matter
2 set for a further status conference.
3    IT IS SO ORDERED.
4    DATED: April 17, 2008.

*Lawrence K Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2